UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIES EBON JOHNSON, AV3547,<br><br>Petitioner,<br><br>v.<br><br>PATRICK COVELLO, Warden,<br><br>Respondent(s). | Case No. 22-cv-09104-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On December 23, 2022, the clerk filed a letter from petitioner seemingly challenging the execution of his state sentence as a new habeas corpus action by a prisoner and notified him in writing that the action was deficient because he did not file an actual petition for a writ of habeas corpus or pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 28 days have elapsed; however, petitioner has not provided the court with the requisite items or sought an extension of time to do so. The action accordingly is DISMISSED without prejudice.

The clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: February 2, 2023

_____
CHARLES R. BREYER
United States District Judge